# EXHIBIT 2

# DASHBOARD VIDEO