UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON BANAS,

      Plaintiff,

                                  Case No. 1:17-cv-306

v.

                                  HONORABLE PAUL L. MALONEY

MICHAEL HAGBOM,

      Defendant.

_____/

## ORDER LIFTING STAY AND REGARDING PREPARATION OF STATUS REPORT

On April 27, 2020, the Mandate of the Sixth Circuit Court of Appeals issued (ECF No. 71).

Accordingly, the Stay is LIFTED.  The parties are directed to file a **joint** status report regarding

the next stages of this litigation by **July 24, 2020**.

**IT IS SO ORDERED**.

Dated:  July 2, 2020                      _/s/ Paul L. Maloney_____

                                            Paul L. Maloney
                                            United States District Judge