United States District Court
for the Western District of Michigan

---

## REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:17-cv-00306 | BANAS v. MERIDIAN Township | 10. 12. 2020 |

**PARTIES**                          **Attendees**

| Name | On Behalf Of |
|---|---|
| Jason Banas | Plaintiff |
| Chief Plazer | Defendant |
| Kelly Cumberland | Defendant |
| | |
| | |
| | |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Jon Marko | Plaintiff |
| Gus Morris | Defendants |
| | |
| | |
| | |
| | |

Result:
- ☐ Settled in full - Final paperwork will be filed by:
- ☐ Mediation continuing - Date of Next Session
- ☑ Not settled - Mediation Completed

Dated: 10/12/2020          /s/ William Sack

Mediator